UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,, <br><br>      Plaintiffs, <br><br> v. <br><br>ADRIAN RODRIGUEZ, <br>      Defendant. | Case No.: CV05-1293 DFL-GGH <br><br> Hon. David F. Levi <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

  Based upon Plaintiffs' Application For Default Judgment By The Court, which has not been opposed by defendant, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

  1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

  2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred and Twenty Dollars ($420.00).

  3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1
[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
CASE NO. CV05-1293 DFL-GGH

93844v1

PDF created with pdfFactory trial version www.pdffactory.com

- "Tu Eterno Enamorado," on album "30 de Coleccion," by artist "Banda Maguey" (SR# 252-514);
- "Hello," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151);
- "I Can Love You Better," on album "Wide Open Spaces," by artist "Dixie Chicks" (SR# 252-000);
- "El Peor De Mis Fracasos," on album "Trozos De Mi Alma," by artist "Marco Antonio Solis" (SR# 264-718);
- "Sexual Healing," on album "Midnight Love," by artist "Marvin Gaye" (SR# 41-568);
- "Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);
- "Learn To Fly," on album "There Is Nothing Left To Lose," by artist "Foo Fighters" (SR# 285-034);
- "No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  DATED: 11/10/2005 | By: /s/ David F. Levi |
| 2 | Hon. David F. Levi<br>United States District Judge |

93844v1

PDF created with pdfFactory trial version www.pdffactory.com